Michael Kagramanian (TBN 24136938)
Ben C. Martin (TBN 13052400)
**Ben Martin Law Group**
3141 Hood Street, Suite 600
Dallas, TX 75219
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com
Email: mkagramanian@bencmartin.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) | MDL No. 3084 CRB  **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|---|
| This Document Relates To: Arpitkumar Patel 3:25-cv-05287 | ) ) ) ) ) | **CASE NO 3:25-CV-05287** |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Arpitkumar Patel, by and through their undersigned counsel, and Defendants Uber Technologies, Inc. , Rasier, LLC and Rasier-CA, LLC, by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of the above-entitled action, Case No. 3:25-CV-05287, with prejudice.

**I.    INTRODUCTION**

1. This Stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is in accordance with any specific procedural rules or standing orders issued in MDL No. 3084 related to the resolution of duplicate or otherwise duplicative cases.

2. The Plaintiff in this action is the same as the Plaintiff in a previously-filed, identical action in this MDL, namely Case No. 3:25-CV-02105.

3. Because the claims and underlying alleged facts in this case (Case No. 3:25-CV-05287) are identical to those in the previously filed action, this case is a duplicate claim.

4. To avoid unnecessary docket clutter, conserve judicial resources, and resolve the duplication, this Stipulation seeks to dismiss this second-filed case with prejudice, ensuring that the matter is able to be finally adjudicated under the first-filed case (Case No. 3:25-CV-02105).

## II. BACKGROUND

5. Plaintiff Arpitkumar Patel filed this action on 06/27/2025.

6. Plaintiff Patel, however, was the Plaintiff in the related, previously-filed action, case number 3:25-CV-02105, which was filed on 02/28/2025.

7. Both cases are part of the MDL No. 3084 consolidation.

8. The factual allegations and legal claims asserted in both actions arise from the same alleged incident and seek the same relief.

9. This Stipulation is brought voluntarily and with the intent that the dismissal be permanent, resolving all claims, with prejudice, in this specific case (Case No. 3:25-CV-05287).

## III. STIPULATION
## IV.

10. The Parties submit this stipulation because this action is duplicative of another action, Case No. 3:25-CV-02105 which is also pending in the coordinated Multidistrict Litigation, MDL No. 3084.

**IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.**

**FOR PLAINTIFF:**

/s Michael Kagramanian
Michael Kagramanian (TBN 24136938)
Ben C. Martin (TBN 13052400)
**Ben Martin Law Group**
3500 Maple Ave, Suite 400
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com
Email: mkagramanian@bencmartin.com

**FOR DEFENDANT:**
CHRISTOPHER V. COTTON (Admitted Pro Hac Vice) ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorney for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2025, a true and correct copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically via the Court's CM/ECF system, which will send notification to all counsel of record.

Michael Kagramanian

Michael Kagramanian (TBN 24136938)
Ben C. Martin (TBN 13052400)
**Ben Martin Law Group**
3141 Hood Street, Suite 600
Dallas, TX 75219
Email: bmartin@bencmartin.com
Email: eservice@bencmartin.com
Email: mkagramanian@bencmartin.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br>Arpitkumar Patel<br>3:25-cv-05287 | MDL No. 3084 CRB<br><br>**ORDER FOR DISMISSAL BASED ON STIPULATION**<br><br>**CASE NO 3:25-CV-05287** |

**ORDER FOR DISMISSAL BASED ON STIPULATION**

**PURSUANT TO THE STIPULATION** of the parties, and good cause appearing, it is hereby ordered that the above-entitled action is dismissed with prejudice.,

**IT IS SO ORDERED.**

**SIGNED** this ____4th____ day of ____November____, 2025.

_____
U.S. District Judge